Under these circumstances, where the Board and the parties continued proceedings related to the matters on review after a final decision had been issued, we deem the better course is to vacate the Board's decisions and remand for further proceedings.

Accordingly,

IT IS ORDERED THAT:

(1) The Board's February 23, 2001 and August 15, 2001 decisions are vacated and Burks' petition for review is remanded to the Merit Systems Protection Board for further proceedings.

(2) Burks' motion to proceed in forma pauperis is moot.

prejudice pursuant to Fed. R.App. P. 42(b).

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each party shall bear its own costs.

**Maria A. GREGORY, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

**No. 00–3123.**

United States Court of Appeals, Federal Circuit.

Jan. 17, 2002.

Before MAYER, Chief Judge, CLEVENGER, and GAJARSA, Circuit Judges.

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

*ORDER*

On November 13, 2001, the Supreme Court of the United States issued a decision in *United States Postal Service v. Gregory,* 534 U.S. 1, 122 S.Ct. 431, 151 L.Ed.2d 323 (2001). On January 8, 2002, this court received a certified copy of the

**VANALCO, INC., Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

**No. 01–5039.**

United States Court of Appeals, Federal Circuit.

Jan. 17, 2002.

Before NEWMAN, SCHALL, and BRYSON, Circuit Judges.

ON MOTION

*ORDER*

Vanalco, Inc. moves without opposition to voluntarily withdraw its appeal with